United States Court of Appeals

FOR THE EIGHTH CIRCUIT

_____

No. 96-1953

_____

Billy Dean Workman,                    *
                                       *
            Appellant,                 *
                                       * Appeal from the United States
      v.                               * District Court for the
                                       * Eastern District of Arkansas.
United States of America,              *
                                       *        [UNPUBLISHED]
            Appellee.                  *

_____

Submitted:  February 20, 1997

Filed:  February 24, 1997

_____

Before BOWMAN, WOLLMAN, and BEAM, Circuit Judges.

_____

PER CURIAM.


     Billy Dean Workman appeals from the denial of his 28 U.S.C.
§ 2255 (1994) motion by the District Court.[1]  Having carefully
reviewed the record before us and the parties' briefs, we conclude
that the District Court's judgment was correct.  Accordingly, the
judgment of the District Court is affirmed.  See 8th Cir. R. 47B.


     A true copy.


        Attest:


            CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

     [1]The Honorable George Howard, Jr., United States District Judge
for the Eastern District of Arkansas.